### Sarah A. JONES, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Appellee.

No. 9585.

Circuit Court of Appeals, Ninth Circuit.

Sept. 3, 1940.

Rupert B. Turnbull, of Los Angeles, Cal., for appellant.

W. Fenimore Cooper, of Los Angeles, Cal., and Oregon Smith, of Ontario, Cal., for appellee.

Before WILBUR and MATHEWS, Circuit Judges.

PER CURIAM.

This cause coming before the court on failure of appellant to pay deposit required to print the transcript of record in accordance with provisions of Rule 19 of this Court, and notice having been duly given of hearing on default on this date, and no response to notice having been received, and it appearing from the files that the time within which deposit should have been paid expired on August 10, 1940, and no request for extension having been made, ordered appeal dismissed for failure of appellant to comply with Rule 19 of this Court, that a judgment be filed and entered accordingly, and mandate issued forthwith.

### SOUTHWESTERN GAS & ELECTRIC COMPANY, Petitioner, v. NATIONAL LABOR RELATIONS BOARD.

No. 458.

Circuit Court of Appeals, Eighth Circuit.

Aug. 3, 1940.

Arnold & Arnold, of Texarkana, Tex., for petitioner.

Charles Fahy, Gen. Counsel, National Labor Relations Board, and Robert B. Watts, Associate Gen. Counsel, National Labor Relations Board, both of Washington, D. C., for respondent.

PER CURIAM.

Petition to review order of National Labor Relations Board dismissed without prejudice, on motion of petitioner.

### UNITED STATES of America v. William G. HAWKINS.

No. 9622.

Circuit Court of Appeals, Ninth Circuit.

Sept. 3, 1940.

Wm. Fleet Palmer, U. S. Atty., of Los Angeles, Cal., and Daniel Dillon, Atty., Department of Justice, of Oklahoma City, Okl., for appellant.

Ira A. Gwin, of Los Angeles, Cal., for appellee.

Before WILBUR and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, ordered appeal herein dismissed, that a judgment of dismissal be filed and entered accordingly, and mandate issued forthwith.